BRUNNEMER, Respondent, v. COOK & BERNHEIMER CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John Brunnemer, as receiver of the property of James N. Connelly, against the Cook & Bernheimer Company and another. No opinion. Motion denied for want of power.

———

BRUSCO, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Iole Brusco against the Star Company. From an order granting a preference and setting the case for trial on a day certain in the October term of the court, defendant appeals. Reversed. David B Hill, for appellant. Joseph J. Cunningham, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Riglander v. Star Company (decided herewith) 90 N. Y. Supp. 772, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LAUGHLIN, J., dissents.

———

BUFFALO CEREAL CO., Respondent, v. ATKINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by the Buffalo Cereal Company against Charles Atkins.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents. WILLIAMS, J., not voting.

———

BUFFALO STRUCTURAL STEEL CO., Respondent, v. DICKINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by the Buffalo Structural Steel Company against Charles E. Dickinson.

PER CURIAM. The order denying defendant's motion for a new trial herein, upon the ground of the misconduct of certain jurors, having been reversed, and a new trial granted, by a decision handed down herewith (90 N. Y. Supp. 268), the judgment and order denying defendant's motion for a new trial upon the minutes of the court are hereby reversed, with costs to the appellant to abide event. See opinion of McLENNAN, P J., upon reversal of the order denying motion for new trial for misconduct of jurors.

———

BUFFALO UNION FURNACE CO., Respondent, v. ALDRICH, Appellant. (Supreme Court, Appellate Division. Fourth Department. October 11, 1904.) Action by the Buffalo Union Furnace Company against J. Frank Aldrich, as trustee, etc.

PER CURIAM Judgment affirmed, with costs.

WILLIAMS, J., not voting.

———

In re BUNTING'S ESTATE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Ella F. Bunting, deceased. A. B. Cruikshank, for ap-

pellant. T. McIlvaine, for respondent. No opinion. Decree and order affirmed, with costs.

———

BURNS, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Martin F. Burns against Borden's Condensed Milk Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

BURRELL, Appellant, v. SWARTZ PRODUCE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Andrew Burrell against the Swartz Produce Company. No opinion. Motion to dismiss appeal granted, with $10 costs of this motion only.

———

BURTON, Respondent, v. LEMAY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by James H. Burton against Eustace H. Lemay and another. No opinion. Reargument ordered, and case set down for Wednesday, November 30, 1904.

———

BUSCHE, Appellant, v. LIPPMANN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Thomas W. Busche against Israel Lippmann and others. S. L. Samuels, for appellant. J. P. Joachimsen, for respondents. No opinion Order affirmed, with $10 costs and disbursements.

———

BUSHA, Respondent, v. ALICE FALLS CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Mary E. Busha, as administratrix, etc., against the Alice Falls Company. No opinion. Judgment and order unanimously affirmed, with costs.

———

BUTLER, Appellant, v. BUFFALO, R. & P. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by William H. Butler, as administrator, etc., against the Buffalo, Rochester & Pittsburg Railway Company and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not sitting.

———

CAFLISCH, Respondent, v. ROWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Bridget Caflisch against William Rowley.

PER CURIAM. Order modified, by striking out the provision imposing costs, and, as modified, affirmed, without costs of this appeal. The determination of this appeal renders it unnecessary to pass upon the motion for a stay of proceedings in this case.